**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

DAVID C. BOYLE,

Petitioner, : Case No. 3:26-cv-00181

\- vs - District Judge Michael J. Newman
Magistrate Judge Michael R. Merz

STATE OF OHIO,

:
Respondent.

# REPORT AND RECOMMENDATIONS

This habeas corpus case, brought *pro se* by Petitioner David C. Boyle under 28 U.S.C. § 2254, is before the Court upon notice that the United States Court of Appeals for the Sixth Circuit has denied Petitioner leave to proceed with the pending second or successive petition. *In re David Boyle,* Case No. 26-3524 (Order of November 10, 2026; copy at ECF No. 4).

The Court of Appeals having denied leave to proceed, this Court lacks subject matter jurisdiction. The Magistrate Judge therefore respectfully recommends the Petition be dismissed without prejudice for lack of subject matter jurisdiction.

November 13, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal.